## Strong *v.* Garvey Memorial Liberty Hall, Appellant.

Argued November 11, 1954. Before STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

238

*Donald E. Hogeland,* for appellants.

*James K. Baker,* for appellees.

OPINION PER CURIAM, January 4, 1955:
The Decree is affirmed on the Opinion of Judge REIMEL. Costs to be paid by appellants.